

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NICOLAS DUBIN,<br><br>　　　　　　Defendant(s).<br>_____/ | Case:2:10-mj-30416<br>Judge: Unassigned,<br>Filed: 10-06-2010 At 04:52 PM<br>CMP: Sealed Matter (jj) |

### MOTION TO SEAL THE COMPLAINT AND WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the complaint, warrant of arrest, and all attendant papers for the reason that the defendant may flee or harm himself prior to appearance on the complaint.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

_____
KEVIN M. MULCAHY
Assistant United States Attorney
Deputy Chief, General Crimes Unit
211 W. Fort Street, #2001
Detroit, Michigan 48226
(313) 226-9713

Dated: October 5, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

NICHOLAS DUBIN,

                Defendant.
_____/

Case: 2:10-mj-30416
Judge: Unassigned,
Filed: 10-06-2010 At 04:52 PM
CMP: Sealed Matter (jj)

## ORDER
## TO SEAL THE COMPLAINT AND WARRANT

IT IS HEREBY ORDERED that the complaint, warrant of arrest, and all attendant papers be SEALED.

_____
VIRGINIA M. MORGAN
United States Magistrate Judge

Entered: OCT 06 2010